# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTHA J. MERCER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-09-1371-R |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered August 26, 2010. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 16th day of September, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE